# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**OSCAR GLENN,**

    Plaintiff,

vs.                                                        **CASE NO. 4:07CV534-SPM/AK**

**S.M. CULPEPPER, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion to proceed IFP without prepayment of the fee. (Doc. 7). 28 U.S.C. §1915 requires that indigent prisoners pay an initial partial filing fee based on the deposits made to their inmate accounts. This information resulted in the assessment set forth in the Court's previous Order, and therefore, the motion (doc. 7) is **DENIED**, and Plaintiff shall submit $8.71 on or before **January 31, 2008**, or it will be recommended that this cause be dismissed.

**DONE AND ORDERED** this  *9th*  day of January, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**