# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**OSCAR GLENN,**

    **Plaintiff,**

v.                                                        **CASE NO. 4:07-cv-534-SPM/AK**

**S. M. CULPEPPER, et al,**

    **Defendants.**

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff filed a complaint on December 14, 2007 alleging that a number of conditions at River Junction Work Camp violate his Eighth Amendment rights . (Doc. 1). By Order dated April 17, 2009, Plaintiff was ordered to file an amended complaint on or before May 1, 2009. (Doc. 27). When no pleading was filed, an order to show cause was entered on May 6, 2009, directing a response on or before May 19, 2009. (Doc. 29). As of this date, there has been no response to the show cause order or any further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file an amended complaint, (docs. 27 and 29), and has not otherwise prosecuted his

lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this *22nd* Day of May, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 4:07-CV-534-SPM-AK*