IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSCAR GLENN,
        Plaintiff,

v.                             CASE NO. 4:07cv534-SPM/AK

S.M. CULPEPPER, et al.,
        Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated May 22, 2009 (doc. 30).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated by reference in this order.

2.      This case is dismissed without prejudice for failure to prosecute and comply with court orders.

DONE AND ORDERED this 30th day of June, 2009.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge